IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 7 |
| JAMES ALEXANDER, | ) Case No. 21-10683 (JTD) |
| Debtor. | ) |
| ANDREW R. VARA, United States Trustee, Region 3, | ) |
| Plaintiff, | ) |
| v. | ) Adv. No. 21-51030 (JTD) |
| JAMES ALEXANDER, | ) Re: D.I. 8, 10 |
| Defendant. | ) |

## SECOND STATUS REPORT

Andrew R. Vara, the United States Trustee for Region 3 (the "U.S. Trustee"), through his undersigned counsel, submits this status report and respectfully states as follows:

1. On August 30, 2021, the U.S. Trustee filed a complaint opposing the discharge of James Alexander, thereby commencing the above-captioned adversary proceeding (the "Adversary Proceeding").

2. On October 27, 2021, the Court entered a scheduling order in the Adversary Proceeding (*see* D.I. 8). Paragraph 8 of the scheduling order requires the U.S. Trustee to file periodic status reports about the Adversary Proceeding.

3. On December 13, 2021, the U.S. Trustee filed his first status report (*see*

D.I. 10).

    4.    On December 17, 2021, the U.S. Trustee served (1) The United States Trustee's First Set of Interrogatories Directed to James Alexander; (2) The United States Trustee's First Set of Requests for Admissions Directed to James Alexander; and (3) The United States Trustee's First Set of Requests for Production of Documents Directed to James Alexander, via e-mail.  On December 20, 2021, the U.S. Trustee served the same discovery papers on Mr. Alexander via first-class mail (*see* D.I. 11).  Undersigned counsel has not received a response to the discovery.  The U.S. Trustee reserves all of his rights and remedies.  The U.S. Trustee is unaware of any occurrence or circumstance that he believes may suggest or necessitate the adjournment or other modification of the trial setting.

| | |
|---|---|
| Dated: January 25, 2022<br>Wilmington, Delaware | Respectfully submitted,<br><br>**ANDREW R. VARA**<br>**UNITED STATES TRUSTEE,**<br>**REGIONS 3 & 9**<br><br>By: */s/ Benjamin Hackman*<br>Benjamin A. Hackman<br>Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491<br>(302) 573-6497 (fax)<br>benjamin.a.hackman@usdoj.gov |

**CERTIFICATE OF SERVICE**

      I, Benjamin Hackman, hereby certify that on or about January 25, 2022, I caused to be served a copy of the SECOND STATUS REPORT (D.I. 12) in the above-captioned adversary proceeding upon the following persons via e-mail:

James Alexander
3551 Dixie Canyon Pl.
Sherman Oaks, CA 91423

Alfred T. Giuliano
Giuliano Miller & Co., LLC
2301 E. Evesham Road
Pavillion 800, Suite 210
Voorhees, NJ 08043
atgiuliano@giulianomiller.com

Sally Veghte
Klehr Harrison Harvey Branzburg LLP
919 North Market Street
Suite 1000
Wilmington, DE 19801
sveghte@klehr.com


Dated: January 25, 2022
Wilmington, Delaware

Respectfully submitted,

By: */s/ Benjamin Hackman*
Benjamin A. Hackman
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
(302) 573-6497 (fax)
benjamin.a.hackman@usdoj.gov