IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JAMES ALEXANDER,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 21-10683 (JTD) |
| ANDREW R. VARA,<br>United States Trustee, Region 3,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JAMES ALEXANDER,<br><br>　　　　　Defendant. | Adv. No. 21-51030 (JTD)<br><br>Re: D.I. 8, 10, 12, 13, 16 & 22 |

**SIXTH STATUS REPORT**

　　　　Andrew R. Vara, the United States Trustee for Region 3 (the "U.S. Trustee"), through his undersigned counsel, submits this status report and respectfully states as follows:

　　　　1.　　On August 30, 2021, the U.S. Trustee filed a complaint opposing the discharge of James Alexander, thereby commencing the above-captioned adversary proceeding (the "Adversary Proceeding").

　　　　2.　　On October 27, 2021, the Court entered a scheduling order in the Adversary Proceeding (see D.I. 8). Paragraph 8 of the scheduling order requires the U.S. Trustee to file periodic status reports about the Adversary Proceeding.

　　　　3.　　To date, the U.S. Trustee has filed five status reports (see D.I. 10, 12, 13,

16 & 22).

4. Since the last status report, there have been no significant developments in the Adversary Proceeding. On April 19, 2022, the U.S. Trustee filed a motion for partial summary judgment on counts 2, 4, and 5 of his discharge complaint (*see* D.I. 19 & 20). Defendant's response is due May 3, 2022.

5. A pretrial conference will be held on May 3, 2022, at 10:00 a.m. (ET).

6. The U.S. Trustee is unaware of any occurrence or circumstance that he believes may suggest or necessitate the adjournment or other modification of the trial setting. Defendant e-mailed chambers on April 13, 2022, to ask about holding the trial over Zoom. The U.S. Trustee understands Defendant's inquiry will be addressed at the pretrial conference.

Dated: May 2, 2022  
Wilmington, Delaware

Respectfully submitted,

**ANDREW R. VARA**  
**UNITED STATES TRUSTEE,**  
**REGIONS 3 & 9**

By: */s/ Benjamin Hackman*  
Benjamin A. Hackman  
Trial Attorney  
United States Department of Justice  
Office of the United States Trustee  
J. Caleb Boggs Federal Building  
844 King Street, Suite 2207, Lockbox 35  
Wilmington, DE 19801  
(302) 573-6491  
(302) 573-6497 (fax)  
benjamin.a.hackman@usdoj.gov

**CERTIFICATE OF SERVICE**

  I, Benjamin Hackman, hereby certify that on or about May 2, 2022, I caused to be served a copy of the SIXTH STATUS REPORT (D.I. 26) in the above-captioned adversary proceeding upon the following persons via e-mail:

James Alexander
3551 Dixie Canyon Pl.
Sherman Oaks, CA 91423

Alfred T. Giuliano
Giuliano Miller & Co., LLC
2301 E. Evesham Road
Pavillion 800, Suite 210
Voorhees, NJ 08043
atgiuliano@giulianomiller.com

Sally Veghte
Klehr Harrison Harvey Branzburg LLP
919 North Market Street
Suite 1000
Wilmington, DE 19801
sveghte@klehr.com


Dated: May 2, 2022
Wilmington, Delaware

            Respectfully submitted,

            By:  */s/ Benjamin Hackman*
            Benjamin A. Hackman
            Trial Attorney
            United States Department of Justice
            Office of the United States Trustee
            J. Caleb Boggs Federal Building
            844 King Street, Suite 2207, Lockbox 35
            Wilmington, DE 19801
            (302) 573-6491
            (302) 573-6497 (fax)
            benjamin.a.hackman@usdoj.gov