Judge Dorsey
Attn: Robert Cavello
824 N Market St, 5th Floor, Courtroom 5
Wilmington, DE 19801

May 16, 2022

Re: Objection to Summary Motion of US Trustee filed in personal bankruptcy case number 21-51030 (JTD).

Judge Dorsey,

I reiterate my previous objections to the original complaint filed around September 8, 2022. In the absence of any valid reason to deny a discharge from bankruptcy, the US Trustee's Complaint relies on manufactured untruths and misleading innuendoes; many of which derive from unsubstantiated accusations by private lawyers trying to justify unnecessary legal work in the Cred Inc. ("Cred") bankruptcy. In the process, the US Trustee conflates the issues of Cred with my personal bankruptcy. This attempt by the US Trustee to create a self-fulfilling action, a proxy criminal prosecution, based on false claims, undermines the legitimacy of the legal process.

The reality is I have fully complied with all my requirements in bankruptcy. The appointed Trustee ("Giuliano") and his counsel have confirmed my compliance. It should be noted any errors on my part were caused either on the advice of counsel or subsequently in good faith because since I became pro se, without counsel in my Delaware bankruptcy. And nevertheless, there have been no adverse consequences to my creditors. I refute any other allegations outlined by the US Trustee in her Complaint.

Regards,

James Alexander